**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 12-7377**

———————————

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

THADDEUS JONES, a/k/a Mann,

                    Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Raymond A. Jackson, District
Judge.  (2:10-cr-00090-RAJ-TEM-1)

———————————

Submitted:  January 2, 2013          Decided:  January 25, 2013

———————————

Before KING, DAVIS, and THACKER, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Thaddeus Jones, Appellant Pro Se.  Stephen Westley Haynie,
Assistant United States Attorney, Norfolk, Virginia, for
Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thaddeus Jones appeals the district court's orders denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction in his sentence based on Amendment 750 to the U.S. Sentencing Guidelines Manual (2010), and its order denying his motion for reconsideration. We conclude that the district court properly determined that Jones was ineligible for a sentence reduction because his sentencing range was determined by his career offender designation, not the drug quantities attributable to him, and thus was not impacted by Amendment 750. United States v. Munn, 595 F.3d 183, 187 (4th Cir. 2010). We also conclude that the district court correctly denied Jones' motion for reconsideration. Accordingly, we affirm the district court's orders. United States v. Jones, No. 2:10-cr-00090-RAJ-TEM-1 (E.D. Va. June 13, 2012 & Aug. 1, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2